# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. KAO FUNG SAELEE*

Case No. 3:16-cr-00061-TMB-DMS-4

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Suppress (Docket No. 95), in conjunction with the Government's Statement of No Objection (Docket No 97), and the Magistrate's Final Report and Recommendation, (Docket No. 104), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress, (Docket No. 71), is GRANTED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: February 16, 2017